**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RICKY BROWN,
ADC #551211                                                                                                        PLAINTIFF

v.                                          4:11-cv-00352-JMM-JJV

BOBBY BROWN, Major,
Faulkner County Detention Center, *et al*.                                                       DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    Defendant Faulkner County Detention Center is DISMISSED from Plaintiff's Complaint, for failure to state a claim upon which relief may be granted.

DATED this   16   day of   May   2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE