**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICKY BROWN,
ADC #551211                                                                                                                                PLAINTIFF

v.                                      4:11-cv-00352-JMM-JJV

BOBBY BROWN, Major, Faulkner County
Detention Center; *et al*.                                                                     DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Motion for Preliminary Injunction (Doc. No.3) is DENIED.

2.      Plaintiff's Motion for Production of Documents (Doc. No. 3) is not ripe and is DENIED.

IT IS SO ORDERED this __7__ day of June, 2011.

                                                                         _____
                                                                         JAMES M. MOODY
                                                                         UNITED STATES DISTRICT JUDGE