*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

RICKY BROWN                                                                                           PLAINTIFF

vs.                                      CASE NO. 4:11cv00352 JMM

BOBBY BROWN, et al                                                                           DEFENDANTS

### ORDER OF DISMISSAL

The joint motion to dismiss based on settlement (DE #49) is granted.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 17th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE